UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS

KERYN GOYNES                                NO.: 07-00120-BAJ-SCR

## RULING AND ORDER

Before the Court is a **Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 91)**, filed by Defendant Keryn Goynes ("Goynes"), seeking an order from this Court vacating, setting aside, or correcting her sentence to, *inter alia*, a term of imprisonment of 120 months. The motion is unopposed.

On September 7, 2012, Goynes's motion was referred to the assigned United States Magistrate Judge for Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B). (Doc. 92.) On October 3, 2012, Magistrate Judge Stephen Riedlinger issued his Magistrate Judge's Report (Doc. 93), recommending that the Court deny Goynes's motion. Subsequently, Goynes filed a timely written objection to the Magistrate Judge's Report.[1] (Doc. 99.)

---

[1] Although Goynes's written objection was not filed into the record until November 30, 2012, pages 16, 22, and 23 of her written objection indicate that it was signed and mailed on October 17, 2012, eight days after Goynes contends she received the Magistrate Judge's Report. See Doc. 99, pp. 16, 22-23. In the

Having carefully considered Goynes's motion, the Magistrate Judge's Report, Goynes's written objection to the Magistrate Judge's Report, the record, and the applicable law, the Court concludes that the Magistrate Judge's Report is correct, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 93)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Defendant Keryn Goynes's **Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 91)** is **DENIED**.

Baton Rouge, Louisiana, this 27th day of June, 2013.

*[signature]*

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

prisoner context, a prisoner's pleading is considered filed when it is handed to prison officials for mailing. *Causey v. Cain*, 450 F.3d 601, 604 (5th Cir. 2006); *Cooper v. Brookshire*, 70 F.3d. 377, 379 (5th Cir. 1995); *see also* Fed.R.App.P. 4(c). Thus, Goynes's written objection is timely.